UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLIFFIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 2:17-cv-08111-MWF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 18). No objections to the R&R were filed and the deadline for filing such objections has passed. The notice accompanying the R&R was returned as undeliverable. (Dkt. 19.) The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice.

DATED: July 23, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE