JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLIFFIN,<br><br>           Petitioner,<br><br>    v.<br><br>LOS ANGELES SUPERIOR<br>COURT,<br><br>          Respondent. | Case No.  2:17-cv-08111-MWF-KES<br><br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED:  July 23, 2018


_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE